944

*Certiorari Denied.*

No. 247. RAILWAY EXPRESS AGENCY, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Abbott M. Sellers* for respondent.

No. 504. KINGSLAND, COMMISSIONER OF PATENTS, *v.* BARRON-GRAY PACKING Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Perlman* for petitioner. *Curtis F. Prangley* and *Charles L. Sturtevant* for respondent.

No. 540. BOTTONE *v.* LINDSLEY ET AL. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Paul M. Segal* and *Harry P. Warner* for respondents.

No. 548. BROTHERHOOD OF RAILROAD TRAINMEN *v.* BALTIMORE & OHIO RAILROAD Co. ET AL. C. A. 7th Cir. Certiorari denied. *Burke Williamson* and *Jack A. Williamson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Stanley M. Silverberg, Edward Dumbauld, Daniel W. Knowlton* and *Harry Underwood* for the Interstate Commerce Commission; and *Ernest S. Ballard* for Baltimore & Ohio Railroad Co. et al., respondents.

No. 555. CUMMINGS *v.* LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied. *Raymond E. Hanke* for petitioner.

No. 556. BETHEA, INDEPENDENT EXECUTRIX, *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *J. B. Lewright* for petitioner. *Solici-*

*tor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Carlton Fox* for respondent.

No. 571. KOBER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Mark P. Friedlander* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 572. METROPOLIS THEATRE CO. *v.* BARKHAUSEN ET AL. C. A. 7th Cir. Certiorari denied. *Walter Bachrach, Walter H. Moses, William C. Wines* and *B. B. Fensterstock* for petitioner. *Edward Blackman, Edward R. Johnston, Louis M. Mantynband, George L. Siegel* and *Herbert A. Friedlich* for respondents.

No. 573. CHESTER & DELAWARE COUNTIES BARTENDERS, HOTEL & RESTAURANT EMPLOYEES UNION, LOCAL No. 677, A. F. L., ET AL. *v.* WILBANK ET UX. Supreme Court of Pennsylvania. Certiorari denied. *Albert Blumberg* for petitioners. *Robert F. Jackson* for respondents.

No. 595. ESTATE OF BASSETT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Prew Savoy* and *Chauncey P. Carter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Louise Foster* for respondent.

No. 596. PHILCO CORPORATION *v.* F. & B. MANUFACTURING CO. C. A. 7th Cir. Certiorari denied. *Edward S. Rogers, William T. Woodson* and *Beverly W. Pattishall* for petitioner. *John A. Marzall* and *Lloyd C. Root* for respondent.